Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL PLAZA DEVELOPMENT CO., a California partnership, d/b/a CAMPBELL PLAZA SHOPPING CENTER; and DOES 1-10 inclusive,<br>Defendants. | Case No. CV13-04471 HRL<br><br>Assigned to Hon. Howard R. Lloyd<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

Plaintiff RICHARD JOHNSON and Defendant CAMPBELL PLAZA DEVELOPMENT CO., by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on September 27, 2013. Defendant, who has answered the complaint, agrees to the dismissal of the entire action with prejudice. Plaintiff and Defendant further stipulate that each party shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: 03-18-14

By: _____
IRENE KARBELASHVILI
Attorney for Plaintiff,
RICHARD JOHNSON

DATED:

Hoge, Fenton, Jones & Appel, Inc.

By: _____
JAMES R. HAWLEY
Attorney for Defendant,
CAMPBELL PLAZA DEVELOPMENT CO.

### PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendant is dismissed with prejudice. Each party shall pay its own attorneys' fees and costs.

DATED: March ____ 2014

_____
THE UNITED STATES DISTRICT JUDGE
HONORABLE HOWARD R. LLOYD